```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
              -against-                                       :    22-CR-176 (VEC)
                                                              :
                                                              :         ORDER
  FELIX GOMEZ,                                                :
                                      Defendant.              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 21, 2022, the Grand Jury returned an Indictment against Mr. Gomez, *see* Dkt. 5;

WHEREAS Mr. Gomez has already been presented before a Magistrate Judge, *see* Dkt. 4; and

WHEREAS this case has been assigned to the Undersigned;

IT IS HEREBY ORDERED that an arraignment in this matter is scheduled for **Tuesday, March 29, 2022, at 10:30 a.m.**  The arraignment will be held in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  March 23, 2022**
**      New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**