```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
  UNITED STATES OF AMERICA,                                       :
                                                                  :
                  -against-                                       :
                                                                  :
                                                                  :
  FELIX GOMEZ,                                                    :
                                           Defendant.             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/22

22-CR-176 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant was arraigned on March 29, 2022; and

WHEREAS Defendant pled not guilty;

IT IS HEREBY ORDERED that Defendant's pretrial motions are due by **June 3, 2022**. The Government's opposition is due **July 1, 2022**, and Defendant's reply is due by **July 13, 2022**. The parties' motions *in limine* are due by **August 5, 2022**, and responses are due by **August 19, 2022**. The parties' proposed voir dire questions and requests to charge are due by **September 19, 2022**.

IT IS FURTHER ORDERED that a Final Pre-Trial Conference is scheduled for **September 22, 2022 at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. Jury selection and the trial will commence on **October 3, 2022**.

IT IS FURTHER ORDERED that time is excluded for the period between March 29, 2022, and October 3, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the need for Defendant's desire to make a mitigation presentation to the

United States Attorney's Office and the logistical difficulties that continue to be caused by COVID-19.

**SO ORDERED.**

Date: March 29, 2022
New York, NY

**VALERIE CAPRONI**
**United States District Judge**