**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/22

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

Re: <u>United States v. Felix Gomez</u>
22 Cr. 176 (VEC)

Dear Judge Caproni:

    I am the attorney for Felix Gomez, the defendant in the above-captioned case, and write to request a 45-day adjournment of the motion schedule. As of now, the defense's motions are due tomorrow; however, the defense is still preparing a mitigation submission on Mr. Gomez's behalf, which was delayed due to the untimely fulfilment of records requests. While the defense anticipates filing the mitigation submission soon, a 45-day adjournment will hopefully be sufficient time to also allow the prosecution to consider the application.

    I have conferred with AUSA Edward Robinson and I understand that he does not object to this adjournment. Thank you for your consideration of this request.

    Respectfully Submitted,

    /s/ Marisa K. Cabrera
    Marisa K. Cabrera, Esq.
    Assistant Federal Defender
    Tel.: (917) 890-7612

cc: AUSA Edward Robinson (by ECF)

Application GRANTED. The deadline for pretrial motions is hereby ADJOURNED from June 3, 2022, until **July 20, 2022**. The deadline for memoranda in opposition is hereby ADJOURNED from July 1, 2022, until **August 15, 2022**. The deadline for memoranda in reply is hereby ADJOURNED from July 13, 2022, until **August 29, 2022**.

SO ORDERED.

*[Signature]* 6/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE