USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

             -against-                                  22-CR-176 (VEC)

                                                        ORDER

    FELIX GOMEZ,
                           Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a Final Pre-Trial Conference was scheduled in this matter for Thursday, September 22, 2022, at 2:30 p.m., *see* Dkt. 8; and

    WHEREAS the parties informed the Court that Mr. Gomez intends to plead guilty pursuant to a plea agreement;

    IT IS HEREBY ORDERED that the Final Pre-Trial Conference is converted to a change-of-plea hearing on **Thursday, September 22, 2022 at 2:30 p.m.** in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  September 16, 2022
          New York, NY

                                                        **VALERIE CAPRONI**
                                                       **United States District Judge**