USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against-        :    22-CR-176 (VEC)
:
:    ORDER
FELIX GOMEZ, :
                Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS jury selection and the trial in this case are scheduled to begin on Monday, October 3, 2022; and

    WHEREAS the parties are scheduled to appear for a change-of-plea hearing on October 6, 2022;

    IT IS HEREBY ORDERED that jury selection and the trial are adjourned *sine die*.

**SO ORDERED.**

Date: **September 28, 2022**
      **New York, NY**
                                         **VALERIE CAPRONI**
                                         **United States District Judge**