USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-against-                    :        22-CR-176 (VEC)
:
:        ORDER
FELIX GOMEZ,                                 :
               Defendant.                    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 6, 2022, the parties appeared for a change-of-plea hearing; and

WHEREAS Mr. Gomez entered a plea of guilty, which was accepted by the Court;

IT IS HEREBY ORDERED that Mr. Gomez will be sentenced on **Thursday, February 2, 2023, at 10:30 A.M.**  Pre-sentencing submissions are due not later than **Thursday, January 19, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: October 6, 2022**
**      New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**