**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2023

<u>BY ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/19/2023

Re:   <u>United States v. Felix Gomez</u>
      22 Cr. 176 (VEC)

Dear Judge Caproni:

    I am the attorney for Felix Gomez, the defendant in the above-captioned case, and write to request a 60-day adjournment of the sentencing proceeding. As of now, the defense's sentencing submission is due today; however, the defense requires an adjournment to gather additional documentation for his sentencing submission as well as to work through immigration matters on Mr. Gomez's behalf. Moreover, as defense counsel has been on trial on another matter before this Court, the defense requires additional time to prepare the submission to ensure Mr. Gomez receives the effective assistance of counsel at sentencing.

    I have conferred with AUSA Edward Robinson and I understand that he does not object to this adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc:   AUSA Edward Robinson (by ECF)

Application GRANTED.  Mr. Gomez's sentencing is hereby adjourned from Thursday, February 2, 2023 at 10:30 A.M. until **Monday, April 3, 2023 at 11:00 A.M.**  The deadline for pre-sentence submissions is extended from Thursday, January 19, 2023 until **Monday, March 20, 2023**.

SO ORDERED.

*[Signature]* 01/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE