**MEMO ENDORSED**



**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2023

March 20, 2023

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

Re: **United States v. Felix Gomez**
    **22 Cr. 176 (VEC)**

Dear Judge Caproni:

I am the attorney for Felix Gomez, the defendant in the above-captioned case, and write to request an adjournment to the last week of April for the sentencing proceeding. As of now, the defense's sentencing submission is due today; however, the defense requires one additional adjournment to work through immigration matters on Mr. Gomez's behalf in light of the court's recent decision. As such, the defense requires additional time to prepare the sentencing submission and counsel Mr. Gomez on collateral immigration matters to ensure Mr. Gomez receives the effective assistance of counsel at sentencing.

I have conferred with AUSA Edward Robinson and I understand that he does not object to this adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc: AUSA Edward Robinson (by ECF)

Application GRANTED.  Mr. Gomez's sentencing is hereby adjourned from Monday, April 3, 2023 at 11:00 A.M. until **Tuesday, April 25, 2023 at 11:00 A.M.**  The deadline for pre-trial submissions is extended from Monday, March 20, 2023 until **Tuesday, April 11, 2023.**

SO ORDERED.

*[signature]* 03/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE