USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                    22-CR-176 (VEC)

                                          ORDER

    FELIX GOMEZ,
                         Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Gomez's sentencing is currently scheduled for Tuesday, April 25, 2023 at 11:00 A.M.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that Mr. Gomez's sentencing is adjourned until **Friday, April 28, 2023 at 2:30 P.M.**

**SO ORDERED.**

Date: April 19, 2023
       New York, NY

                                                       **VALERIE CAPRONI**
                                                   **United States District Judge**